

FILED

10/05/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0487

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 21-0487

HIGH COUNTRY PAVING, INC.,

    Plaintiff, Appellee and
    Cross-Appellant,

    v.

UNITED FIRE & CASUALTY COMPANY,

    Defendant, Appellant and
    Cross-Appellee.

**FILED**

OCT 0 5 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

In accordance with M. R. App. P. 15, the Ninth Circuit Court of Appeals has certified to this Court the following question of law, which has arisen in that court's Cause Nos. 20-35791 and 20-35826:

> Whether, when an insurance policy does not include either a table of contents or a notice section of important provisions, in violation of Mont. Code Ann. § 33-15-337(2), the insurer may nonetheless rely on unambiguous exclusions or limitations to the policy's coverage, given that § 33-15-334(2) provides that § 33-15-337(2) is "not intended to increase the risk assumed under policies subject to" its requirements?

This Court accepts the certified question on the relevant facts set forth in the Ninth Circuit Court's certification of the question. In accordance with M. R. App. P. 15(4), we reserve any determination whether to reformulate the question pending full consideration of the issue. We will answer the question in due course following briefing.

IT IS THEREFORE ORDERED that the parties shall, in accordance with the Montana Rules of Appellate Procedure, prepare, file, and serve briefs addressing the certified question set forth above, with the opening brief of the Defendant and Appellant to be filed within 30 days of the date of this Order. Thereafter, additional briefing shall proceed in accordance with the Montana Rules of Appellate Procedure.

The Clerk is directed to provide copies of this Order to all counsel of record for the parties in the Ninth Circuit Court of Appeals Cause Nos. 20-35791 and 20-35826, and to the Clerk of Court for the Ninth Circuit Court of Appeals.

DATED this 5 day of October, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

2